UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:15-mj-1015

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| SHANNON E. DENTON | ) | |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved this Court for an Order dismissing the above-captioned case without prejudice.

2. After due consideration, the Court hereby ALLOWS the Motion to Dismiss without Prejudice.

3. The Court finds that dismissal without prejudice is in the best interest of justice.

So ORDERED this 1st day of February 2017.

                                                United States Magistrate Judge